# EXHIBIT A-1

UVALDE COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
CAUSE # 2024-05-35548-CV

========================================================================

MIRELES, PAULA                          ATTORNEY: DIAZ, REYNALDO L
                                        308 WEST JOSEPHINE STREET
                                        SAN ANTONIO, TX 78212
                                        (210)224-1000

RUIZ, ADALYNN                           ATTORNEY: DIAZ, REYNALDO L
                                        308 WEST JOSEPHINE STREET
                                        SAN ANTONIO, TX 78212
                                        (210)224-1000

PAULA MIRELES ON BEHALF OF ALL HEIR  ATTORNEY: DIAZ, REYNALDO L
                                        308 WEST JOSEPHINE STREET
                                        SAN ANTONIO, TX 78212
                                        (210)224-1000


                        --VS.--


DANIEL DEFENSE, LLC                     ATTORNEY:
DANIEL DEFENSE HOLDINGS, LLC            ATTORNEY:
M.C. DANIEL GROUP, INC.                 ATTORNEY:
FIREQUEST INTERNATIONAL, INC.           ATTORNEY:
FLASH CO., INC.                         ATTORNEY:
EOTECH, LLC                             ATTORNEY:
PROJECT ECHO HOLDINGS, LLC D/B/A AM  ATTORNEY:
KOUCAR MANAGEMENT, LLC                  ATTORNEY:
OASIS OUTBACK, LLC                      ATTORNEY:

CAUSE OF ACTION: INJURY OR DAMAGE OTHER THAN MOTOR VEH
FILE DATE: 05/24/2024

========================================================================

| DATE | NATURE OF PROCEEDINGS REMARKS | AMOUNT | USER |
|------|------------------------------|--------|------|
| 05/24/2024 | ORIGINAL PETITION CIVIL<br>PET-PETITION FILING CODE CHOSEN, PLAINTIFF'S ORIGINAL PETITION | $350.00 | LPEREZ |
| 05/24/2024 | ISSUE CITATION | $72.00 | LPEREZ |
| 05/24/2024 | RECEIPT ISSUED<br>213439 | $422.00 | LPEREZ |
| 06/03/2024 | CITATION ISSUED<br>CITATION ISSUED ON DANIEL DEFENSE | $0.00 | LPEREZ |
| 06/03/2024 | CITATION ISSUED<br>CITATION ISSUED ON DANIEL DEFENSE HOLDING | $0.00 | LPEREZ |
| 06/03/2024 | CITATION ISSUED<br>CITATION ISSUED ON MC DANIEL GROUP INC | $0.00 | LPEREZ |
| 06/03/2024 | CITATION ISSUED<br>CITATION ISSUED ON FIREQUEST INTERNATIONAL | $0.00 | LPEREZ |
| 06/03/2024 | CITATION ISSUED<br>CITATION ISSUED ON FLASH CO INC | $0.00 | LPEREZ |
| 06/03/2024 | CITATION ISSUED | $0.00 | LPEREZ |

UVALDE COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
CAUSE # 2024-05-35548-CV

===============================================================================

CAUSE OF ACTION: INJURY OR DAMAGE OTHER THAN MOTOR VEH
FILE DATE: 05/24/2024

===============================================================================

| DATE | NATURE OF PROCEEDINGS<br>REMARKS | AMOUNT | USER |
|------|-----------------------------------|--------|------|
| | CITATION ISSUED ON EOTECH LLC | | |
| 06/03/2024 | **CITATION ISSUED**<br>CITATION ISSUED ON PROJECT HOLDINGS | $0.00 | LPEREZ |
| 06/03/2024 | **CITATION ISSUED**<br>CITATION ISSUED ON KOUCAR MANAGMENT | $0.00 | LPEREZ |
| 06/03/2024 | **CITATION ISSUED**<br>CITATION ISSUED ON OASIS OUTBACK LLC | $0.00 | LPEREZ |
| 06/26/2024 | **NO FEE DOCUMENTS**<br>FILING AOS FOR CITATION ON DANIEL DEFENSE LLC | $0.00 | KGARZA |
| 06/26/2024 | **NO FEE DOCUMENTS**<br>FILING AOS FOR CITATION ON FLASH CO., INC | $0.00 | KGARZA |
| 06/26/2024 | **NO FEE DOCUMENTS**<br>FILING AOS FOR CITATION ON OASIS OUTBACK, LLC | $0.00 | KGARZA |
| 06/27/2024 | **NO FEE DOCUMENTS**<br>FILING AOS FOR CITATION ON DANIEL DEFENSE HOLDINGS, LLC | $0.00 | AVERA |

**TOTAL PLEADINGS LISTED: 16**